## THIRD DEPARTMENT, JANUARY, 1971

## (January 6, 1971)

In the Matter of NEW YORK TELEPHONE COMPANY, Petitioner, v. ELAINE WETHERS, Respondent, and STATE DIVISION OF HUMAN RIGHTS, Intervenor-Respondent.—

542

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.